UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: LIEBOWITZ LAW FIRM, PLLC

---

DEVOCEAN JEWELRY LLC

Plaintiff(s)

Index # 16 CV 02150

- against -

ASSOCIATED NEWSPAPERS LIMITED

Purchased March 23, 2016
File # 90 (CK)

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 28, 2016 at 09:58 AM at

51 ASTOR PLACE
9TH FLOOR
NEW YORK, NY10003

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS,* on ASSOCIATED NEWSPAPERS LIMITED therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ANDY ABRAHAMS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS,* as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY | 60 | 5'8 | 165 |

*INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS, INDIVIDUAL PRACTICES OF HON. KIMBA M. WOOD

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  March 29, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**ANDRE MEISEL**
License #: 1372356
Invoice #: 645852