RECEIVED
MAY 22 2017
CHAMBERS OF KIMBA M. WOOD
U.S.D.J. S.D.N.Y.

Wood, K

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5/24/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEVOCEAN JEWLERY LLC

Plaintiff,

-against-

ASSOCIATED NEWSPAPERS LIMITED

Defendant.

Civil Action No. 1:16-cv-02150-KHW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Devocean Jewelry LLC and Defendant Associated Newspapers Limited that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Devocean dismisses with prejudice all claims asserted against Associated in the above-captioned action. Each party shall bear its or his own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 19, 2017

LIEBOWITZ LAW FIRM, PLLC

By: [signature]
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: [signature] RL
Cameron Stracher
321 West 44th Street, Suite 1000
New York, NY 10036
(212) 850-6102
CStracher@lskslaw.com

*Attorneys for Defendant*

**SO ORDERED:** 5-23-17

[signature] Kimba M. Wood
**U.S.D.J.**

tm